UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

vs.

**JUDGMENT IN A CRIMINAL CASE**

Case Number: 7:05-CR-30 (GHL)

**DERRICK T. MILLER**

None
Attorney for Defendant

**THE DEFENDANT ENTERED A PLEA OF:**

 XX  guilty __ nolo contendere] to amended charge.

**THERE WAS A:**
__ finding __ verdict] of guilty as to count(s)_____.

**THE DEFENDANT IS CONVICTED OF THE OFFENSE(S) OF:** Unlicensed operation of a motor vehicle, in violation of Title 18, United States Code, Sections 7 & 13, assimilating Section 509.1 of the New York State Vehicle and Traffic Law.

**DATE OFFENSE CONCLUDED:** December 17, 2004

**IT IS THE JUDGMENT OF THIS COURT THAT:** Defendant is ordered to pay a fine of $295.00 and a $5.00 special assessment, payable no later than June 1, 2005. Payments shall be made to the Clerk, U.S. District Court, at 100 S. Clinton Street, Syracuse, NY 13261. Until all fines, restitution, special assessments and costs are fully paid, defendant shall immediately notify the United States Attorney for this district of any change in name or address.

**IT IS FURTHER ORDERED** that **Count 1** is dismissed on motion of the United States.

**IT IS FURTHER ORDERED** that the Clerk of the Court deliver a certified copy of this judgment to the United States Marshal of this district.

  April 13, 2005
Date of Imposition of Sentence


  April 16, 2005
DATE SIGNED

*George H. Lowe*
George H. Lowe
United States Magistrate Judge